**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
APR 12 1999
NANCY DOHERTY, CLERK
By _____
Deputy

| | | |
|---|---|---|
| MARGIE WILSON, | § | |
| Plaintiff, | § | |
| VS. | § | Civil Action No. 3:98-CV-3030-L |
| | § | |
| TERRY SIDES, et al., | § | |
| Defendants. | § | |

<u>ORDER TRANSFERRING CASE</u>

Plaintiff's "Original Petition" claims police abuse against Marion A. Wilson, Sr. and deprivation of due process and his civil rights. Plaintiff also asserts causes of action for intentional and negligent infliction of emotional distress. Apparently, the individual defendants are various Plano city officials and police officers, and Collin County officials. Plaintiff states that she is a resident of Plano, Collin County, Texas, and apparently the facts giving rise to her complaints arose during an arrest of Marion Wilson by Plano police.

A companion case, Marion A. Wilson v. Terry Sides, et al., #3:98-CV-3029-T, has already been transferred to the Eastern District of Texas, Sherman Division. The City of Plano defendants request that this case be transferred to the Eastern District of Texas, Sherman Division, for possible consolidation with the Marion Wilson action.

Plaintiff has filed an Answer Concerning Venue. Plaintiff states that she is in bad health with chronic back pain and requires special body positions for automobile travel. She further states that the travel distance to the courthouse in Dallas is approximately 25 miles, while the distance to the Sherman courthouse is approximately 50 miles, and seems to suggest that because of the convenience of those distances, venue lies in Dallas.

ENTERED ON DOCKET
APR 3 1999
U.S. DISTRICT CLERK'S OFFICE



In the interest of justice and for the convenience of the parties and witnesses, a district court may transfer any civil action to any other district or division where the action might have been brought. 28 U.S.C. § 1404. In determining whether to order a transfer, the district court has broad discretion. Caldwell v. Palmetto State Savings Bank of South Carolina, 811 F.2d 916, 919 (5th Cir. 1987).

The court concludes that for the convenience of the parties and in the interest of justice, this case should be transferred to the United States District Court for the Eastern District of Texas, Sherman Division. It is therefore **ORDERED** that this case is transferred to the United States District Court for the Eastern District of Texas, Sherman Division.

**IT IS SO ORDERED** this 12th day of **April**, 1999.

Sam A. Lindsay
United States District Judge